**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01073-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

RAY MONTOYA,

      Plaintiff,

v.

ARI ZAVARAS, et al.,
D. MICHAUD,
MRS. PFALTRGRAFF,
MR. RACHIO,
J. KERRIGAN,
MR. ESTEP, et al.,
MR. EVERETT, and
MRS CARNELL,

      Defendants.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**
_____

      Plaintiff, an inmate at the Adams County Detention Facility in Brighton, Colorado,

has submitted *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Prisoner Complaint.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as

described in this order.  Plaintiff will be directed to cure the following if he wishes to

pursue his claims.  Any papers that Plaintiff files in response to this order must include

the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __    is not submitted

(2)     __     is missing affidavit
(3)     xx     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)     __     is missing certificate showing current balance in prison account
(5)     __     is missing required financial information
(6)     __     is missing an original signature by the prisoner
(7)     __     is not on proper form (must use the court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or habeas application
(9)     __     other: _____

**Complaint, Petition or Application**:
(10)    __     is not submitted
(11)    __     is not on proper form (must use the court's current Prisoner form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. ___
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     names in caption do not match names in text
(16)    __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)    __     other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED April 24, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge

2