# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01073-LTB

RAY MONTOYA,

      Plaintiff,

v.

ARI ZAVARAS, et al.,
D. MICHAUD,
MRS. PFALTRGRAFF,
MR. RACHIO,
J. KERRIGAN,
MR. ESTEP, et al.,
MR. EVERETT, and
MRS CARNELL,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff has filed a letter to the Court (ECF No. 19) in which he appears to request the necessary forms to file a new action.  The request for forms will be GRANTED and the clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, a Prisoner Complaint packet.

Dated:  June 26, 2012